812

No. 24.   Fay, Administrator, et al. v. Swicker et al.   Supreme Court of Ohio.   Certiorari denied.   *Marvin C. Harrison* for petitioners.   *Robert Guinther* for the Republic Mutual Insurance Co., respondents.

No. 27.   Quest-Shon Mark Brassiere Co., Inc. v. National Labor Relations Board.   C. A. 2d Cir.   Certiorari denied.   *Robert T. Murphy* for petitioner.   *Solicitor General Perlman, David P. Findling* and *Mozart G. Ratner* for respondent.

No. 28.   Fremont Cake & Meal Co. v. Wilson & Co., Inc.   Supreme Court of Nebraska.   Certiorari denied.   *Maxwell V. Beghtol* and *J. Lee Rankin* for petitioner.   *J. A. C. Kennedy* for respondent.

No. 29.   Kelly v. Delaware River Joint Commission et al.   C. A. 3d Cir.   Certiorari denied.   *Henry D. O'Connor* for petitioner.   *Philip Price* for respondents.

No. 33.   Pennsylvania ex rel. Daverse v. Hohn, Warden, et al.   Supreme Court of Pennsylvania.   Certiorari denied.   *John W. Cragun* for petitioner.

No. 36.   Jackson et al. v. Northwest Airlines, Inc.   C. A. 8th Cir.   Certiorari denied.   *Elmer J. Ryan* for petitioners.   *Solicitor General Perlman, Assistant Attorney General Baldridge* and *Samuel D. Slade* for respondent.